CAMPBELL'S DOLLAR STORES, INC., Respondent, vs. LEVITAN, State Treasurer, Appellant.

*November 10, 1938—February 7, 1939.*

For the appellant there were briefs by the *Attorney General, L. E. Vaudreuil,* deputy attorney general, and *Leonard C. Fons,* special counsel, and oral argument by *Mr. Vaudreuil.*

For the respondent there were briefs by *Kaumheimer, All & Likert* of Milwaukee, attorneys, and *Nichols, Wood, Marx & Ginter* of Cincinnati, Ohio, of counsel, and oral argument by *Leon E. Kaumheimer.*

The following opinion was filed December 6, 1938:

NELSON, J. This appeal and the appeal in *State v. Sinclair Refining Co., ante,* p. 265, 282 N. W. 624, were argued at the same time. The question here is the same as that decided in the *Sinclair Case.* The decision in that case rules this.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, without costs, on February 7, 1939.